UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
MOBILE

MONIQUE KENNEDY,

     Plaintiff,

v

MAERSK LINE, LIMITED,

     Defendant.

_____/

Case No.: 1:26-cv-234

Honorable

## **COMPLAINT**

**NOW COMES** Plaintiff, Monique Kennedy, by and through counsel undersigned, O'Bryan Baun Karamanian, complaining against Defendant as follows:

1.     Territorial jurisdiction exists, the tortious/negligent act(s) alleged below occurred in this district.

2.     Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and general maritime law for maintenance and cure.

3.     At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crewmember aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4.     On or about July 27, 2024, Plaintiff was given Nitroglycerin transdermal patch(s) to help ease motion sickness symptoms. Thereafter, she complained of headache, pressure on the back of her head, lightheadedness, and dizziness, as a result of said patches, and was discharged from the vessel because of said symptomology worsening and returned stateside on or about August 7, 2026.

5.     Following the aforesaid discharge, Defendant was negligent in its untimely administration of maintenance and cure, whereby on one or more occasion, Defendant allowed Plaintiff's medical insurance coverage, being designated by Defendant to satisfy its cure obligation, to lapse in this district causing multiple cancellations and delays of medical treatment, resulting in prolongation and/or aggravations of Plaintiff's aforesaid symptomology.

6.     Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, *inter alia*, as follows:

      a.     Pain and suffering, past future;

      b.     Mortification, humiliation, fright shock and embarrassment;

      c.     Loss of earnings and earning capacity;

      d.     Hospital, pharmaceutical and other cure expenses;

      e.     Aggravation of prior condition, if any there be;

      f.     Inability to engage in social, recreational, and other pursuits previously enjoyed;

      g.     Mental anguish;

      h.     Found;

      i.     Maintenance, cure, and/or attorney fees.

**WHEREFORE,** Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

Respectfully submitted,

O'Bryan Baun Karamanian

*/s/ Dennis M. O'Bryan*
Dennis M. O'Bryan (P30545)
Aurora G. O'Bryan (P88055)

2

Attorneys for Plaintiff
40l S. Old Woodward Ave., Ste. 463
Birmingham, MI 48009
Phone: (248) 258-6262
dob@obryanlaw.net
aob@obryanlaw.net

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
MOBILE

MONIQUE KENNEDY,

       Plaintiff,

v

MAERSK LINE, LIMITED,

       Defendant.

_____/

Case No.: 1:26-cv-234

Honorable

## **DEMAND FOR TRIAL BY JURY**

**NOW COMES** Plaintiff by and through counsel undersigned, O'Bryan Baun Karamanian,

and hereby demands trial by jury in the above-referenced cause of action.

Respectfully submitted,

O'Bryan Baun Karamanian

*/s/ Dennis M. O'Bryan*
Dennis M. O'Bryan (P30545)
Aurora G. O'Bryan (P88055)
Attorneys for Plaintiff
40l S. Old Woodward, Suite 463
Birmingham, MI   48009
Phone: (248) 258-6262
dob@obryanlaw.net
aob@obryanlaw.net

4